



# MEMORANDUM OPINION

No. 04-10-00093-CV

L. W. **MCDONALD**,
Appellant

v.

Debra **FULLER**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-02856
Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  June 2, 2010

DISMISSED

A copy of appellant's notice of appeal was filed in this court on February 5, 2010.  The

clerk of this court notified the appellant in writing that our records did not reflect that the filing

fee in the amount of $175.00 was paid.  In addition, our record does not contain any evidence

that appellant is excused by statute or rule from paying the filing fee.  *See* TEX. R. APP. P. 5, 20.

On April 28, 2010, we issued a show cause order directing appellant to show cause in

writing why this appeal should not be dismissed for failure to pay the filing fee.  *See* TEX. R.

APP. P. 5, 42.3(c).  Appellant has not responded to our order.  Because appellant has failed to pay the filing fee required to pursue this appeal, the appeal is dismissed.  *See* TEX. R. APP. P. 5, 42.3(c).

PER CURIAM